KINSELLA WEITZMAN ISER KUMP & ALDISERT LLP
DALE F. KINSELLA (SBN 063370)
  dkinsella@kwikalaw.com
PATRICIA A. MILLETT (SBN 150756)
  pmillett@kwikalaw.com
808 Wilshire Boulevard, 3rd Floor
Santa Monica, California 90401
Telephone: 310.566.9800
Facsimile: 310.566.9850
Attorneys for Plaintiff James L. Mann "Bubba" Cromer, Jr.

VALLE MAKOFF LLP
Jeffrey B. Valle
  jvalle@vallemakoff.com
David S. Shukan
  dshukan@valleymakoff.com
11911 San Vicente Boulevard, Suite 324
Los Angeles, CA 90049
Telephone: 310.476.0300
Facsimile: 310.476.0333
Attorneys for Defendant Home Box Office, Inc.

JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES L. MANN "BUBBA" CROMER, JR., an Individual,<br><br>Plaintiff,<br><br>vs.<br><br>SHOWTIME NETWORKS, INC., a Delaware corporation; HOME BOX OFFICE INC., a Delaware corporation and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO. CV 10-02983-JFW (AJWx)<br><br>**ORDER RE DISMISSAL OF DEFENDANT HOME BOX OFFICE INC. WITH PREJUDICE** |

/ / /

/ / /

/ / /

10476.00002/57376.1

1

[PROPOSED] ORDER RE DISMISSAL OF DEFENDANT HOME BOX OFFICE, INC. WITH PREJUDICE

WHEREAS, Plaintiff James L. Mann "Bubba" Cromer, Jr. ("Cromer") and Defendant Home Box Office, Inc. ("HBO") have entered into a settlement agreement amicably resolving their differences in connection with the present litigation; and

WHEREAS the parties' settlement agreement calls for the dismissal of Cromer's claims against HBO in the present litigation with prejudice;

For good cause appearing, IT IS HEREBY ORDERED that all of Cromer's claims against HBO in this litigation are hereby dismissed with prejudice, with Cromer and HBO each responsible for his or its own respective costs and fees in connection with the present lawsuit.

DATED: February 1, 2011                   _____
                                          THE HONORABLE JOHN F. WALTER

KINSELLA WEITZMAN ISER KUMP & ALDISERT LLP
808 WILSHIRE BOULEVARD, 3RD FLOOR
SANTA MONICA, CALIFORNIA 90401
TEL 310.566.9800 • FAX 310.566.9850